NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRETA D. CRAWFORD,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3206

---

Petition for review of the Merit Systems Protection Board in case no. DE315H110384-I-1.

---

## ON MOTION

---

## ORDER

Greta D. Crawford moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GRETA CRAWFORD V. TREASURY                                    2

                                        FOR THE COURT

SEP 2 7 2012                            /s/ Jan Horbaly
_____                     Jan Horbaly
       Date                             Clerk

cc:  Greta D. Crawford
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK